**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 3:14-bk-00581 |
| | ) | CHAPTER 13 |
| **MICHAEL RYAN PROFFITT** | ) | |
| **LAURA ELIZABETH PROFFITT** | ) | |
|     Debtors. | ) | |

**NOTICE OF MORTGAGE MODIFICATION MEDIATION**

    **COMES NOW,** the Debtors **MICHAEL RYAN PROFFITT and LAURA ELIZABETH PROFFITT,** by and through their undersigned attorneys and files this Notice of Mediation pursuant to the Mortgage Modification Mediation Order entered on February 28, 2014 in this cause. The Mediation Conference shall begin at **11:00 p.m. EST on September 19, 2014** at the Law Office of Parker & DuFresne, P.A., located at Churchill Park, 8777 San Jose Boulevard, Suite 301, Jacksonville, Florida 32217, Telephone: **(904) 733-7766**. The time allotted for the Mediation is one (1) hour. However, the parties shall be prepared to spend as much time as necessary to resolve this matter. The mediation shall continue until impasse, adjourned, or terminated by the Mediator. The mediator presiding at the mediation is HONORABLE BENARD NACHMAN**.**

**DATED** August 22, 2014.                          PARKER & DUFRESNE, P.A.
                                                           */s/ Donald DuFresne*
                                                           Donald DuFresne
                                                           Florida Bar No.: 958506
                                                           8777 San Jose Blvd., #301
                                                           Jacksonville, FL 32217
                                                           (904) 733-7766/FAX: (904) 733-2919
                                                           Attorney for Debtor

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing has been furnished to Aldridge Connors, 3575 Piedmont Road N.E., Suite 500, Atlanta, GA 30305; Honorable Bernard Nachman, 2733 Alvarado Avenue, Jacksonville, FL 32217-2746; Michael & Laura Proffitt, 3552 Bay Island Circle, Jacksonville Beach, FL 32250; electronically to all interested parties via the CM/ECF system, facsimile transmission and/or U.S. Mail, Postage prepaid this 22 August 2014.

                                                                      */s/ Donald DuFresne*
                                                                      Attorney