UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                  )          CASE NO.: 3:14-bk-00581
                                                        )          CHAPTER 13
MICHAEL RYAN PROFFITT                                   )
LAURA ELIZABETH PROFFITT                                )
       Debtors.                                         )

WRITTEN ROLL AND COMMUNICATION OF AUTHORITY AND MEDIATOR'S REPORT

In accordance with the Court's Mortgage Modification Mediation Order, this is not a mediation communication. The following parties appeared at the Mediation (and the creditors' representative represented by his or her signature below that he or she has full authority to settle within the guidelines of any third party or subject to any third party investor's final approval):

| Name | Signature | Representative Capacity |
|---|---|---|
| BERNARD NACHMAN | [signed] | MEDIATOR |
| GREGORY GILBERT | [signed] | ATTORNEY FOR DEBTOR |
| MICHAEL RYAN PROFFITT | [signed] MRP | DEBTOR |
| LAURA ELIZABETH PROFFITT | [signed] | DEBTOR |
| JOY BRYANT BAUCUM | [signed] | HUD COUNSELOR |
| Whitney Groff | APPEARED BY PHONE | ATTORNEY FOR BANK |
| Eric Ross | Appeard by Phne | Rep for Bank |

The Mediator further reports that the date of the Mediation was held on ___Sept. 19, 2014___ and the parties participated as follows:

___[✓]___  All parties and their counsel appeared for the mediation with appropriate settlement authority.

_____  All parties and their counsel appeared for mediation except _____

_____   All parties and their counsel appeared for the mediation with appropriate settlement authority except for _____ who did not have full authority to settle pursuant to the Certificate of Settlement Authority as required by the Court's Order.

At the conclusion of the Mediation:

_____   The parties settled with a written settlement agreement.

_____   The parties did not reach an agreement.

_____   The _____ did not engage in the mediation process in good faith.

*[✓]*   The mediation was adjourned to *Nov. 7, 2014 @ 11am*.

_____   The mediation was terminated.

DONE this *Sept. 19, 2014*.

*/s/ Bernard Nachman*
HONORABLE BERNARD NACHMAN