**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO.: 3:14-bk-00581** |
| | ) | **CHAPTER 13** |
| **MICHAEL RYAN PROFFITT** | ) | |
| **LAURA ELIZABETH PROFFITT** | ) | |
| Debtors. | ) | |

## 2ND AMENDED STIPULATION TO SETTLE MOTION FOR SANCTIONS AGAINST PHH MORTGAGE FOR 3552 BAY ISLAND CIRCLE, JACKSONVILLE BEACH, FL 32250

The undersigned have come to an agreement regarding the motion for sanctions [Doc 54] and in support would state the following:

1.      On or about October 20, 2014, PHH assigned the loan in dispute to Rocktop Partners I, LLP, which Assignment of Mortgage was recorded in the Duval County Clerk's Office at Book 16968, Page 1692, and Real Time Resolutions, Inc. has been engaged as the servicer.

2.   A transfer of claim indicating the change in creditor will be filed in the bankruptcy action on or before March 1, 2015.

3.   The Debtors shall be considered current regarding proof of claim #4, effective immediately.

4.   The new principal balance, effective March 1, 2015, will be $400,000.00.

5.   The new interest rate will be a fixed 2% rate.

6.   The new maturity date of the loan will be February 28, 2045.

7.    The new monthly payment including principal, interest and taxes will be $1,893.14 with the first payment being due March 1, 2015.

8.    The Debtors agree to maintain and keep current their homeowner's insurance for the duration of the modified loan term.

9.   These terms will extend beyond the duration of this bankruptcy case.

10. Any alteration of this agreement must be upon written consent of both parties.

11. This agreement will apply to any and all assignees, subsidiaries, agents, and any other third party who services this account.

12. Timely payments made to the Trustee constitute timely payments made on the loan.

13. Further, Creditor shall retain its lien until the entire secured claim has been paid in full.

14. The bankruptcy court reserves jurisdiction to enforce this agreement.

**DATED** February 11, 2015

## CONSENT

PARKER & DUFRESNE, P.A.    SHELTON HARRISON & PINSON PLLC
*/s/Donald M. DuFresne*    */s/ Josh Harrsion*
Donald M. DuFresne    Josh Harrison
Florida Bar No.: 802778    Florida Bar No. 81688
8777 San Jose Blvd., #301    701 Highlander Blvd.
Jacksonville, FL 32217    Suite 200
(904) 733-7766    Arlington, TX 76015
Fax:  (904) 733-2919    (817) 840-6782
Attorney for Debtors    Attorney for Creditor, Rocktop Partners I, LLP